UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
ANTONIO PEREZ and SANDRA MENA FLORES, *individually and on behalf of others similarly situated*,

Case:. 21-cv-07340-GHW

          *Plaintiffs*,

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

-against-

LIBERTY FOOD ENTERPRISES, INC. (D/B/A STAGE STAR DELI), SANJIV CHAND and ANDRES GARCIA,

          *Defendants.*
-----------------------------------------------------X

TO:    **Jeffery Alan Meyer, Esq.**
        Nixon Peabody LLP (Jericho)
        50 Jericho Quadrangle
        Suite 300
        Jericho, NY 11753-2728
        516-832-7500
        Email: jmeyer@nixonpeabody.com

      PLEASE TAKE NOTICE that Plaintiff SANDRA MENA FLORES hereby accepts the offer of judgment made by Defendants LIBERTY FOOD ENTERPRISES, INC. (D/B/A STAGE STAR DELI), SANJIV CHAND and ANDRES GARCIA, pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated April 26, 2022. A true copy of the offer of judgment is annexed hereto as Exhibit A.

Dated: New York, New York
       April 28, 2022

                                                  Respectfully submitted,

                                                  _____
                                                  Bryan D. Robinson, Esq.
                                                  CSM Legal, P.C.
                                                  60 East 42nd Street.
                                                  Suite 4510
                                                  New York, NY 10165
                                                  Email: bryan@csm-legal.com
                                                  *Attorneys for Plaintiff*