UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

ANTONIO PEREZ and SANDRA MENA FLORES, *individually and on behalf of others similarly situated*,

Case:. 21-cv-07340-GHW

*Plaintiffs*,

**JUDGMENT**

-against-

LIBERTY FOOD ENTERPRISES, INC. (D/B/A STAGE STAR DELI), SANJIV CHAND and ANDRES GARCIA,

*Defendants*.
-------------------------------------------------------X

On _____ Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows: That the Plaintiff, SANDRA MENA FLORES, have judgment against Defendants LIBERTY FOOD ENTERPRISES, INC. (D/B/A STAGE STAR DELI), SANJIV CHAND and ANDRES GARCIA, (collectively "Defendants"), jointly and severally, in the amount of $12,500.00, (Twelve Thousand Five Hundred Dollars and Zero Cents) which is inclusive of interest, attorneys' fees and costs.

Dated: _____, 20\_\_

SO ORDERED,

_____
Hon. Gregory H. Woods
United States District Judge