USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __4/29/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

ANTONIO PEREZ and SANDRA MENA FLORES, *individually and on behalf of others similarly situated,*

                    *Plaintiffs*,

-against-

LIBERTY FOOD ENTERPRISES, INC. (D/B/A STAGE STAR DELI), SANJIV CHAND and ANDRES GARCIA,

                    *Defendants.*

-------------------------------------------------------X

Case:. 21-cv-07340-GHW

**JUDGMENT**

    On __April 28, 2022__ Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

    NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows: That the Plaintiff, SANDRA MENA FLORES, have judgment against Defendants LIBERTY FOOD ENTERPRISES, INC. (D/B/A STAGE STAR DELI), SANJIV CHAND and ANDRES GARCIA, (collectively "Defendants"), jointly and severally, in the amount of $12,500.00, (Twelve Thousand Five Hundred Dollars and Zero Cents) which is inclusive of interest, attorneys' fees and costs.

SO ORDERED,

Dated: April 29, 2022
      New York, New York

                                              _____
                                              Hon. Gregory H. Woods
                                              United States District Judge